**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| RENE CASTRO, an individual, and on behalf of others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>COLONIAL LIFE & ACCIDENT INSURANCE CO., and DOES 1 to 20, inclusive,<br><br>Defendants. | CASE NO.: 2:22-cv-01135-MEMF-JC<br><br>**ORDER OF DISMISSAL WITH PREJUDICE**<br><br>Hon. Judge Maame Ewusi-Mensah Frimpong |

## ORDER

Consistent with the parties' stipulation, IT IS ORDERED this case be dismissed with prejudice.

IT IS SO ORDERED.

Dated: September 16, 2022

_____
MAAME EWUSI-MENSAH FRIMPONG
United States District Judge

1